HONORABLE RONALD B. LEIGHTON

07-CV-05054-ORD

FILED ___ LODGED
___ RECEIVED

MAY 29 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

PRIMERICA LIFE INSURANCE COMPANY, a Massachusetts Corporation,

Plaintiff,

v.

ESTATE OF JOSEPH M. KENNEDY; JESSICA R. KENNEDY, a Washington citizen; KELAH L. TAMARAK, a Washington citizen; DEBORAH THOMAS., a Washington citizen; and JOSEPH L. KENNEDY, an Oregon citizen,

Defendants.

No. C07-5054 RBL

[~~PROPOSED~~] ORDER GRANTING PRIMERICA'S MOTION FOR LEAVE TO AMEND THE COMPLAINT, SUSPEND DEADLINES AND ALLOW SERVICE BY PUBLICATION ON UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS OF THE ESTATE OF JOSEPH M. KENNEDY

This matter is before the Court on Plaintiff Primerica's Motion for Leave to Amend the Complaint, Suspend Deadlines and Allow Service by Publication on Unknown Heirs, Devisees, Successors in Interest and Claimants of the Estate of Joseph M. Kennedy. The Court has reviewed all materials submitted by the parties on this motion and reviewed the record. IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Leave to Amend the Complaint, Suspend Deadlines and Allow Service by Publication on Unknown Heirs, Devisees, Successors in Interest and Claimants of the Estate of Joseph M. Kennedy is GRANTED.

ORDER GRANTING PRIMERICA'S MOTION FOR LEAVE
TO AMEND THE COMPLAINT, SUSPEND DEADLINES
AND ALLOW SERVICE BY PUBLICATION – Page 1
No. C07-5054 RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

2. Plaintiff is granted leave to serve and file an amended complaint adding the unknown heirs, devisees, successors in interest and claimants of the estate of Joseph M. Kennedy as defendants.

3. That the unknown heirs, devisees, successors in interest and claimants of the estate of Joseph M. Kennedy must appear or plead to the Complaint of plaintiff filed herein on or before August 17, 2007, with service upon the plaintiff's attorney at the following address: Kelsey Joyce, 1001 Fourth Avenue, Suite 3900, Seattle, WA 98154. A failure to answer shall constitute a default and the Court will proceed to the hearing and adjudication of this suit as if the unknown heirs, devisees, successors in interest and claimants of the estate of Joseph M. Kennedy have been served with process.

4. That this order be published in a newspaper of general circulation in Kitsap County once a week for six consecutive weeks, the first publication to be no later than June 8, 2007.

5. That all deadlines contained in the initial scheduling order are suspended pending completion of service by publication on the unknown heirs, devisees, successors in interest and claimants of the estate of Joseph M. Kennedy.

Dated this 29th day of May, 2007.

_____
HONORABLE RONALD B. LEIGHTON

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

_____
Kelsey Joyce, WSBA No. 29280
Attorneys for Plaintiff Primerica Life
Insurance Company

ORDER GRANTING PRIMERICA'S MOTION FOR LEAVE
TO AMEND THE COMPLAINT, SUSPEND DEADLINES
AND ALLOW SERVICE BY PUBLICATION – Page 2
No. C07-5054 RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900