HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF JOSEPH M. KENNEDY; JESSICA R. KENNEDY, a Washington citizen; KELAH L. TAMARAK, a Washington citizen; DEBORAH THOMAS, a Washington citizen; JOSEPH L. KENNEDY, an Oregon citizen; and THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS OF THE ESTATE OF JOSEPH M. KENNEDY,<br><br>Defendants. | No. 3:07-cv-05054-RBL<br><br>**ORDER OF DISBURSEMENT** |

This Court granted Primerica Life Insurance Company's Motion for Summary Judgment on October 9, 2007, and a Judgment in a Civil Case was entered on October 10, 2007. Pursuant to those orders, the following are instructions for disbursement of the monies currently held in the Registry of the Court, which were deposited by Primerica Life Insurance Company on April 27, 2007:

ORDER OF DISBURSEMENT – Page 1
Case No. 3:07-cv-05054-RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1.    The Court awarded a reasonable attorney fee of $1,500.00 and reasonable costs of $1,181.50, for a total sum of $2,681.50, to be paid to Primerica's counsel from the monies currently held in the Registry of the Court:

>Emily Brubaker
>Corr Cronin Michelson Baumgardner & Preece LLP
>1001 Fourth Avenue, Suite 3900
>Seattle, WA  98154
>Tax Id. No.:  ending in 2756

2.    The Clerk is to disburse the remainder of the monies currently held in the registry of the Court to Joseph L. Kennedy and Deborah Thomas:

| Joseph Kennedy | Deborah Thomas |
|---|---|
| 50% | 50% |

IT IS SO ORDERED this 11th day of October, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP


  /s/
_____
Emily Brubaker, WSBA No. 35763
Seann C. Colgan, WSBA No. 38769
Attorneys for Plaintiff Primerica Life
Insurance Company

ORDER OF DISBURSEMENT – Page 2
Case No. 3:07-cv-05054-RBL

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900